# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MICAH ANGEL                                                                    PLAINTIFF

v.                              No. 3:18-cv-76-DPM

KEITH BOWERS, Jail Administrator,
Craighead County Detention Center                                              DEFENDANT

## ORDER

1.  Angel's motion to proceed *in forma pauperis*, № 1, is granted. She has no job, few assets, and welfare benefits that barely cover her expenses. She can't afford to pay the filing fee.

2.  The Court must screen Angel's complaint, № 2, before ordering service. 28 U.S.C. § 1915(e)(2). To do so, the Court needs more information. It's not clear, for example, whether any charges against Angel remain pending. *Heck v. Humphrey*, 512 U.S. 477 (1994). The Court also needs to know what, exactly, Angel is asking for. Right now, it's unclear whether this is a civil rights case, a Freedom of Information Act case, or a discovery request in a criminal case. After the Court receives this information, it will decide whether the case goes forward.

3.  Angel must file an amended complaint by 29 May 2018. If she doesn't amend her complaint by that deadline, the Court will

dismiss this case without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 April 2018