# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MICAH ANGEL**　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　No. 3:18-cv-76-DPM

**KEITH BOWERS, Jail Administrator,**
**Craighead County Detention Center**　　　　　**DEFENDANT**

## ORDER

Angel hasn't amended her complaint. She was ordered to do so. № 3. The Court will therefore dismiss her case without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

31 May 2018