# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

MICAH ANGEL                                              PLAINTIFF

v.                      No. 3:18-cv-76-DPM

KEITH BOWERS, Jail Administrator,
Craighead County Detention Center                        DEFENDANT

## JUDGMENT

The complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 May 2018